05-760

LAW OFFICES OF WILLIAM B. HILDEBRAND L.L.C.
By: William B. Hildebrand
1040 North Kings Highway
Suite 601
Cherry Hill, NJ 08034
(856) 482-7100
Attorney for Plaintiff
WH:4166

RECEIVED NOV -1 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

FILED MAY 2 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Martha Jane Toy, individually, and as Executrix and Personal Representative of Estate of Russell B. Toy, deceased, Plaintiffs, v. Plumbers & Pipefitters Local Union No. 74 Pension Plan, et al, Defendants. | C.A. No. 05-1814 |
|---|---|

### ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION

AND NOW, this  2  day of  May , 2005, upon due consideration of Plaintiff's Motion for Reconsideration, it is hereby ORDERED that Plaintiff's Motion is GRANTED and that this Court's April 21, 2005 Order Dismissing the case with prejudice pursuant to the doctrine of res judicata is hereby VACATED.

BY THE COURT:

_____
Berle M. Schiller, J.