IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased,<br><br>    Plaintiffs,<br>            v.<br>Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan,<br><br>    Defendants. | C.A. No. 05-cv-1814 |

## NOTICE OF MOTION

TO:   William, B. Hildebrand, Esq.
        The Law Offices of William B. Hildebrand, LLC
        1040 N. Kings Hwy, Suite 601
        Cherry Hill, N.J. 08034

PLEASE TAKE NOTICE that the attached Motion to Dismiss or Transfer of Defendants Plumbers & Pipefitters Local Union No. 74, et al. will be presented at a time convenient for the Court.

Dated: July 5, 2005            Young, Conaway, Stargatt & Taylor, LLP

                                        s/ Timothy J. Snyder
                                        Timothy J. Snyder, Esquire (#35059)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, DE 19801

                                        CO COUNSEL:
                                        Jennings Sigmond, P.C.
                                        Richard B. Sigmond, Esq. (#02574)
                                        The Penn Mutual Towers, 16th Floor
                                        510 Walnut Street
                                        Philadelphia, PA 19106-3683

                                        Counsel for Defendants

WP3:1125453.1                                                                061011.1005

## CERTIFICATE OF SERVICE

I, Timothy J. Snyder, Esquire hereby certify that on this 5th day of July, 2005, I caused of the foregoing documents to be served on the following counsel of record in the manners noted below. The document is available for viewing and downloading from the ECF system.

### BY E-FILING AND FEDERAL EXPRESS

William, B. Hildebrand, Esq.
The Law Offices of William B. Hildebrand, LLC
1040 N. Kings Hwy, Suite 601
Cherry Hill, N.J. 08034


s/ Timothy J. Snyder
Timothy J. Snyder  (No. 35059)