IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan,<br><br>Defendants. | C.A. No. 05-cv-1814 |

**PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, et. al. MOTION TO: [1] DISMISS ACTION FOR FAILURE TO STATE A CLAIM, [2] DISMISS ACTION FOR IMPROPER VENUE, OR, IN THE ALTERNATIVE [3]TRANSFER ACTION TO THE DISTRICT OF DELAWARE**

Defendants Plumbers & Pipefitters Local Union No. 74, et al., by and through their undersigned attorneys and pursuant to Fed. R. Civ. P. 12(b)(6), and 12(b)(3), hereby move the Court to dismiss the Complaint against them for failure to state a claim upon which relief can be granted, for improper venue, or, in the alternative, to transfer the action to the District of Delaware. The grounds for this motion are set forth more fully in the accompanying brief filed herewith.

WHEREFORE, Defendants respectfully request that the Court enter the attached order dismissing the Complaint against them or transfer the action to the District of Delaware.

Young, Conaway, Stargatt & Taylor, LLP

 s/ Timothy J. Snyder
Timothy J. Snyder, Esquire (#35059)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone 302-571-6600

CO-COUNSEL:
Jennings Sigmond, P.C.
Richard B. Sigmond, Esq. (#02574)
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
215-922-3524

Counsel for Defendants

Dated: July 5, 2005

## CERTIFICATE OF SERVICE

I, Timothy J. Snyder, Esquire hereby certify that on this 5th day of July, 2005, I caused of the foregoing documents to be served on the following counsel of record in the manners noted below. The document is available for viewing and downloading from the ECF system.

### BY E-FILING AND FEDERAL EXPRESS

William, B. Hildebrand, Esq.
The Law Offices of William B. Hildebrand, LLC
1040 N. Kings Hwy, Suite 601
Cherry Hill, N.J. 08034


s/ Timothy J. Snyder
Timothy J. Snyder  (No. 35059)