# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:05-cv-01814-BMS

| | |
|---|---|
| TOY v. PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN et al | Date Filed: 04/20/2005 |
| Assigned to: HONORABLE BERLE M. SCHILLER | Jury Demand: None |
| Cause: 29:1132 E.R.I.S.A.-Employee Benefits | Nature of Suit: 791 Labor: E.R.I.S.A. |
| | Jurisdiction: Federal Question |

**Plaintiff**

**MARTHA JANE TOY**
*INDIVIDUALLY, AND AS EXECUTRIX AND PERSONAL REPRESENTATIVE OF ESTATE OF RUSSELL B. TOY, DECEASED*

represented by **WILLIAM B. HILDEBRAND**
LAW OFFICES OF WILLIAM B. HILDEBRAND, L.L.C.
1040 KINGS HIGHWAY NORTH
SUITE 601
CHERRY HILL, NJ 08034
856-482-7100
Email: whildebrand1@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN**

represented by **D. FON MUTTAMARA-WALKER**
YOUNG CONAWAY STARGATT & TAYLOR LLP
1000 WEST ST., 17TH FL
WILMINGTON, DE 19801
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIMOTHY J. SNYDER**
YOUNG, CONAWAY, STARGATT AND TAYLOR
RODNEY SQUARE NORTH
10TH FLOOR, P.O. BOX 391
WILMINGTON, DE 19899-0391
FAX 302-571-0453
Fax: FAX 302-571-0453
Email: tsnyder@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CURTIS J. CROWTHER**
YOUNG CONAWAY STARGATT & TAYLOR
1000 WEST STREET
17TH FLOOR
WILMINGTON, DE 19899-0391
302-571-6755
Email: ccrowther@ycst.com

**Defendant**

**TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN**

represented by **D. FON MUTTAMARA-WALKER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIMOTHY J. SNYDER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CURTIS J. CROWTHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN**

represented by **D. FON MUTTAMARA-WALKER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIMOTHY J. SNYDER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CURTIS J. CROWTHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN**

represented by **D. FON MUTTAMARA-WALKER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIMOTHY J. SNYDER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CURTIS J. CROWTHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN**

represented by **D. FON MUTTAMARA-WALKER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIMOTHY J. SNYDER**
(See above for address)
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**CURTIS J. CROWTHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN**

represented by **D. FON MUTTAMARA-WALKER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIMOTHY J. SNYDER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CURTIS J. CROWTHER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN**

represented by **CURTIS J. CROWTHER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**D. FON MUTTAMARA-WALKER**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIMOTHY J. SNYDER**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2005 | 1 | COMPLAINT against all defendants ( Filing fee $ 250 receipt number 915741.), filed by MARTHA JANE TOY.(tj, ) (Entered: 04/20/2005) |
| 04/20/2005 | | Summons Issued; 7 Mailed to counsel 4/20/05 as to ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN. (tj, ) (Entered: 04/20/2005) |
| 04/22/2005 | 2 | ORDER THAT THE COMPLAINT IS DISMISSED WITH PRJUDICE PURSUANT TO THE DOCTRIN OF RES JUDICATA. THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE. SIGNED BY JUDGE BERLE M. SCHILLER ON 04/21/05. 04/22/05 ENTERED AND COPIES E-MAILED.(ac, ) (Entered: 04/22/2005) |
| 04/28/2005 | 3 | MOTION for Reconsideration filed by MARTHA JANE TOY.memorandum, brief, |

| | | |
|---|---|---|
| | | affidavit, certification of counsel, certificate of service. (Attachments: # 1) (HILDEBRAND, WILLIAM) (Entered: 04/28/2005) |
| 05/02/2005 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR RECONSIDERATION IS GRANTED AND THAT THIS COURT'S APRIL 21, 2005 ORDER DISMISSING THE CASE WITH PREJUDICE PURSUANT TO THE DOCTRINE OF RES JUDICATA IS HEREBY VACATED. SIGNED BY JUDGE BERLE M. SCHILLER ON 05/02/05.05/02/05 ENTERED AND COPIES MAILED.(ac, ) (Entered: 05/02/2005) |
| 07/05/2005 | 5 | NOTICE by ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN re 1 Complaint *Notice of Motion to Dismiss or Transfer* (SNYDER, TIMOTHY) (Entered: 07/05/2005) |
| 07/05/2005 | 6 | First MOTION to Dismiss *or Transfer* filed by ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN.Brief, Affidavit, Certificate of Service. (Attachments: # 1 Text of Proposed Order Proposed Motion to Dismiss Complaint# 2 Text of Proposed Order Proposed Order for Motion to Transfer)(SNYDER, TIMOTHY) (Entered: 07/05/2005) |
| 07/05/2005 | 7 | RESPONSE in Support re 6 First MOTION to Dismiss *or Transfer* filed by ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN. (Attachments: # 1 Exhibit Affidavit of Scott Ernsberger# 2 Exhibit Unreported Cases Part One# 3 Exhibit Unreported Cases Part Two)(SNYDER, TIMOTHY) (Entered: 07/05/2005) |
| 07/16/2005 | 8 | RESPONSE to Motion re 6 First MOTION to Dismiss *or Transfer* filed by MARTHA JANE TOY. (Attachments: # 1 # 2)(HILDEBRAND, WILLIAM) (Entered: 07/16/2005) |
| 07/19/2005 | 9 | ORDER THAT DEFENDANTS' MOTION TO DISMISS IS DENIED WITHOUT PREJUDICE. LIMITED DISCOVERY SHALL CLOSE FRIDAY, AUGUST 26, 2005. DEFENDANTS MAY RE-FILE THE MOTION TO DISMISS NO LATER THAN FRIDAY, SEPTEMBER 2, 2005. PLAINTIFF SHALL RESPOND TO THE RE-FILED MOTION NO LATER THAN FRIDAY, SEPTEMBER 9, 2005 . SIGNED BY JUDGE BERLE M. SCHILLER ON 07/19/05. 07/19/05 ENTERED AND COPIES E-MAILED. (ac, ) (Entered: 07/19/2005) |
| 07/19/2005 | 10 | MOTION for Leave to File filed by ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, |

| | | |
|---|---|---|
| | | LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN.Defendants' Motion for Leave to File a Reply Brief in Support of Defendants' Motion to Dismiss or Transfer.(SNYDER, TIMOTHY) (Entered: 07/19/2005) |
| 07/19/2005 | 11 | RESPONSE in Support re 10 MOTION for Leave to File filed by ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN. (Attachments: # 1 Exhibit Unreported Case# 2 Text of Proposed Order Proposed Order# 3 Supplement Certificate of Service)(SNYDER, TIMOTHY) (Entered: 07/19/2005) |
| 07/20/2005 | 12 | ORDER THAT DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IS DENIED AS MOOT. DEFENDANT MAY RE-FILE ITS MOTIONS TO DISMISS IN ACCORDANCE WITH THIS COURT'S ORDER OF JULY 19, 2005. SIGNED BY JUDGE BERLE M. SCHILLER ON 07/20/05.07/21/05 ENTERED AND COPIES E-MAILED. (ac, ) (Entered: 07/21/2005) |
| 08/09/2005 | 13 | APPLICATION OF D. FON MUTTAMARA-WALKER, ESQUIRE TO PRACTICE IN THIS COURT BY ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, STATEMENT, CERTIFICATE OF SERVICE. (ac, ) (Entered: 08/10/2005) |
| 08/11/2005 | 14 | NOTICE of Appearance by CURTIS J. CROWTHER on behalf of ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN with Certificate of Service (CROWTHER, CURTIS) (FILED IN ERROR BY ATTORNEY; ATTORNEY RE-FILED CORRECT DOCUMENT) Modified on 8/12/2005 (np). (Entered: 08/11/2005) |
| 08/11/2005 | 15 | NOTICE of Appearance by CURTIS J. CROWTHER on behalf of ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN with Certificate of Service (CROWTHER, CURTIS) |

| | | |
|---|---|---|
| | | (Entered: 08/11/2005) |
| 08/12/2005 | 16 | ORDER THAT THE APPLCIATION OF D. FON MUTTAMARA-WALKER, ESQUIRE TO PRACTICE IN THIS COURT ON BEHALF OF THE DEFENDANTS IS GRANTED. SIGNED BY JUDGE BERLE M. SCHILLER ON 08/12/05. 08/12/05 ENTERED AND COPIES MAILED AND FAXED.(ac, ) (Entered: 08/12/2005) |
| 08/23/2005 | 17 | ORDER THAT DEFENDANTS MAY RE-FILE THE MOTION TO DISMISS NO LATER THAN FRIDAY, 9/9/05. PLAINTIFF SHALL RESPOND TO THE RE-FILED MOTION NO LATER THAN FRIDAY, 9/16/05. SIGNED BY JUDGE BERLE M. SCHILLER ON 8/23/05. 8/23/05 ENTERED AND COPIES MAILED, E-MAILED.(fdc) (Entered: 08/23/2005) |
| 08/24/2005 | 18 | AMENDED ORDER THAT PARAGRAPH TWO OF THIS COURT'S ORDER OF AUGUST 23, 2005 IS AMENDED TO READ: "PLAINTIFFS MAY DEPOSE A 30(b)(6) WITNESS RELATED SOLELY TO THE INFORMATION CONTAINED IN PARAGRAPH ONE. THE DEPOSITION SHALL TAKE PLACE ON MONDAY, AUGUST 29, 2005, AT 9:00 A.M AT MR. CROWTHER'S OFFICES." COUNSEL FOR DEFENDANTS SHALL EXPEDITIOUSLY PRODUCE THE INFORMATION AND DOCUMENTS OUTLINED IN PARAGRAPH ONE OF THIS COURT'S ORDER OF AUGUST 23, 2005. SIGNED BY JUDGE BERLE M. SCHILLER ON 08/24/05. 08/24/05 ENTERED AND COPIES MAILED AND E-MAILED.(ac, ) (Entered: 08/24/2005) |
| 08/25/2005 | 19 | Minute Entry for proceedings held before Judge BERLE M. SCHILLER : Telephone Conference held on 08/22/05 (ac, ) (Entered: 08/25/2005) |
| 08/25/2005 | 20 | Minute Entry for proceedings held before Judge BERLE M. SCHILLER : Telephone Conference held on 08/24/05 (ac, ) (Entered: 08/25/2005) |
| 09/09/2005 | 21 | NOTICE by ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN *of Motion to Dismiss* (CROWTHER, CURTIS) (Entered: 09/09/2005) |
| 09/09/2005 | 22 | MOTION to Dismiss *ACTION AGAINST NON-EXISTENT DEFENDANTS, DISMISS ACTION FOR IMPROPER VENUE, AND DISMISS ACTION AGAINST INDIVIDUAL TRUSTEES* filed by ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN.Certificate of Service. (Attachments: # 1)(CROWTHER, CURTIS) (Entered: 09/09/2005) |
| 09/09/2005 | 23 | RESPONSE in Support re 22 MOTION to Dismiss *ACTION AGAINST NON-EXISTENT DEFENDANTS, DISMISS ACTION FOR IMPROPER VENUE, AND DISMISS ACTION AGAINST INDIVIDUAL TRUSTEES* filed by ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS |

| | | |
|---|---|---|
| | | & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN. (Attachments: # 1 Affidavit Of Scott Ernsberger# 2 Supplement Compendium of Unreported Cases)(CROWTHER, CURTIS) (Entered: 09/09/2005) |
| 09/09/2005 | 24 | Proposed Pretrial Order *TO DISMISS THE COMPLAINT* by ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN. (CROWTHER, CURTIS) (Entered: 09/09/2005) |
| 09/14/2005 | 25 | First MOTION for Sanctions filed by MARTHA JANE TOY.Brief, Affidavit, Certificate of Service. (Attachments: # 1 Exhibit A-F)(HILDEBRAND, WILLIAM) Modified on 9/19/2005 (fh) (Entered: 09/14/2005) |
| 09/16/2005 | 26 | RESPONSE in Opposition re 22 MOTION to Dismiss *ACTION AGAINST NON-EXISTENT DEFENDANTS, DISMISS ACTION FOR IMPROPER VENUE, AND DISMISS ACTION AGAINST INDIVIDUAL TRUSTEES* filed by MARTHA JANE TOY. (Attachments: # 1)(HILDEBRAND, WILLIAM) (Entered: 09/16/2005) |
| 09/19/2005 | 27 | EXHIBIT B for Plaintiff's Affidavit for Motion for Sanctions by MARTHA JANE TOY. (ac, ) (Entered: 09/19/2005) |
| 09/20/2005 | 28 | NOTICE by ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN *of Motion For Leave to File A Reply Brief* (CROWTHER, CURTIS) (Entered: 09/20/2005) |
| 09/20/2005 | 29 | MOTION for Leave to File *A Reply Brief in Support of Defendants' Motion to Dismiss* filed by ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN.Certificate of Service. (Attachments: # 1)(CROWTHER, CURTIS) (Entered: 09/20/2005) |
| 09/20/2005 | 30 | RESPONSE in Support re 29 MOTION for Leave to File *A Reply Brief in Support of Defendants' Motion to Dismiss*, 22 MOTION to Dismiss *ACTION AGAINST NON-EXISTENT DEFENDANTS, DISMISS ACTION FOR IMPROPER VENUE, AND DISMISS ACTION AGAINST INDIVIDUAL TRUSTEES* filed by ADMINISTRATORS OF PENSION AND WELFARE PLANS, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, PLAN ADMINISTRATOR OF PENSION & WELFARE PLANS, INSURANCE PLANS, AND HEALTH AND WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, INSURANCE PLAN, PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN, TRUSTEES OF PLUMBERS & PIPEFITTERS LOCAL UNION 74 PENSION PLAN, HEALTH AND WELFARE |

| | | |
|---|---|---|
| | | PLAN, LOCAL 74, WELFARE BENEFIT PLAN, LIFE INSURANCE PLAN, LOCAL 74, WELFARE BENEFIT PLAN. (Attachments: # [1](#) Exhibit A# [2](#) Exhibit B# [3](#) Exhibit C# [4](#) # [5](#) Exhibit E# [6](#) Exhibit F# [7](#) Text of Proposed Order # [8](#))(CROWTHER, CURTIS) (Entered: 09/20/2005) |
| 09/28/2005 | [31](#) | ORDER THAT DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE IS DENIED. DEFENDANTS' MOTION TO DISMISS THE INDIVIDUAL TRUSTEES AND DISMISS CERTAIN NAMED DEFENDANTS IS DENIED AS MOOT. PLAINTIFF'S MOTION FOR SANCTIONS IS DENIED AS MOOT. DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IS DENIED AS MOOT. THIS ACTION IS TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE. SIGNED BY JUDGE BERLE M. SCHILLER ON 09/27/05.09/28/05 ENTERED AND COPIES MAILED AND E-MAILED. (ac, ) (Entered: 09/28/2005) |
| 10/31/2005 | | Original record together with certified copy of docket entries forwarded to District of Delaware. (ac, ) (Entered: 10/31/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/02/2005 14:01:30 | | | |
| **PACER Login:** | us4171 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-01814-BMS |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |