LAW OFFICES OF WILLIAM B. HILDEBRAND L.L.C.
By: William B. Hildebrand
1040 North Kings Highway
Suite 601
Cherry Hill, NJ 08034
(856) 482-7100
Attorney for Plaintiff
WH:4166

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of Estate of Russell B. Toy, deceased,<br><br>    Plaintiffs,<br><br>        v.<br><br>Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan,<br><br>    Defendants. | C.A. No. 05-1814 |

___

**PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND IMPROPER VENUE**
___

                                              Law Offices of William B. Hildebrand L.L.C.
                                              1040 Kings Highway North
                                              Suite 601
                                              Cherry Hill, NJ 08034
                                              856-482-7100
                                              Attorneys for Plaintiff

On the Brief:
William B. Hildebrand

# TABLE OF CONTENTS

                                                                         **Page**

TABLE OF AUTHORITIES................................................................iii

PRELIMINARY STATEMENT.........................................................1

LEGAL ARGUMENT........................................................................2

    I.     PENNSYLVANIA'S FOUR-YEAR STATUTE OF LIMITATIONS APPLIES TO PLAINTIFF'S CLAIMS FOR UNPAID BENEFITS.................................2

    II.    VENUE IS APPROPRIATE IN THIS DISTRICT..........8

    III.   DEFENDANTS' MOTION TO TRANSFER SHOULD BE DENIED..................................................................13

CONCLUSION..................................................................................14

# TABLE OF AUTHORITIES

**Page**

Bethel v. Jendoco Construction Corp.,..........................................................3
570 F.2d 1168, 1174 (3d Cir. 1978)

Burger King Corp. v. Rudzewicz, 471 U.S. 462, 474,
105 S.Ct. 2174, 2184, 85 L. Ed. 2d 5228 (1985).....................................9

Cap v. Local 897 Labor-Management Health Fund, 1986
U.S. Dist. LEXIS 18531 (E.D. Pa. 1986......................................9, 10

Champion International Corp. v. United Paperworkers
International Union, 779 F.2d 328, 333 (6th Cir. 1985).........................7

Consolidated Express, Inc. v. New York Shipping Assoc.,
602 F.2d 494 (3d Cir. 1979)..................................................................4

Daill v. Sheet Metal Workers' Local 73 Pension Fund,
100 F.3d 62 (7th Cir. 1996)....................................................................4

DelCostello v. International Brotherhood of Teamsters,
462 U.S. 151, 158-60, 76 L.Ed.2d 476, 103 S. Ct. 2281 (1983)...............3

Dinterman v. Nationwide Mutual Ins. Co., 26
F.Supp. 2d 747, 749 (E.D. Pa. 1998)........................................................12

Frazier v. Hairston, 2001 U.S. Dist. LEXIS 12848 (E.D. Pa. 2001)..........4

Gould Elecs., Inc. v. United States,
220 F.3d 169, 178 (3d Cir. 2000)............................................................2

Hall v. National Gypsum Co.,
105 F.3d 225 (5th Cir. 1997).................................................................4

Hanson v. Denckla, 357 *U.S.* 235, 253,
78 *S.Ct.* 1228, 1240, 2 *L. Ed. 2d* 1283 (1958)............................................9

Hill v. Equitable Trust Co., 562 F. Supp. 1324 (D.Del. 1983).....................5, 6

H.J. Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229,
249-50, 106 L.Ed.2d 195, 109 S.Ct. 2893 (1989)......................................2

Holmberg v. Ambrecht, 327 U.S. 392,
395, 66 S. Ct. 582, 90 L.Ed. 743 (1946)................................................7

International Shoe v. Washington, 326 U.S. 310,
90 L.Ed. 95, 66 S. Ct. 154 (1945)..........................................................8

Johnston v. Exelon Corp., 2005 U.S. Dist.
LEXIS 4723 (E.D. Pa. 2005)............................................................13,14

Jumara v. State Farm Ins. Co., 55 F.3d 873, 879 (3d Cir. 1995)................13,14

Martin v. Construction Laborers' Pension Trust,
947 F.2d 1381, 1384 (9th Cir. 1991)......................................................4

Miller v. Aetna Healthcare, 2001 U.S. Dist.
LEXIS 20801 (E.D. Pa. 2001)...............................................................4

Moore v. The St. Paul Companies, Inc., 1995
U.S. Dist. LEXIS 177 at *11 (D.N.J. 1995)..........................................9,10

Paterson v. Metropolitan Life Ins. Co.,
330 F. Supp. 2d 548, 550 (W.D. Pa. 2004)...........................................4,5

Petty v. Merch & Co., Inc., 2003 U.S. Dist.
LEXIS 6618, No. 99-CV-6555 (E.D. Pa. 2003)........................................2

Roberts v. Magnetic Metals Company, 611 F.2d 450, 459
(3d Cir. 1979).......................................................................................7

Robertson v. Seidman & Seidman, 609 F.2d 583
(2nd Cir. 1979)..................................................................................5,6

Shutte v. Armco Steel Corp., 431 F.2d 22, 25 (3d Cir. 1970)....................12

Stevens v. Employer-Teamsters Joint Council No. 84 Pension Fund,
979 F.2d 444, 451 (6th Cir. 1992)..........................................................4

Syed v. Hercules, Inc., 214 F.3d 155, 159 (3d Cir. 2000)............................3

Turner v. CF&I Steel Corp., 510 F.Supp. 537, 542
(E.D. Pa. 1981).......................................................................................8,9

Trump Hotels & Casino Resorts, Inc. v. Mirage Resorts, Inc.,
140 F.3d 478, 483 (3d Cir. 1998)...............................................................2

U.S. Express Lines Ltd. v. Higgins, 281
F.3d 383, 388 (3d Cir. 2002)......................................................................2

Varsic v. U.S. District Court, 607 F.2d 245, 248-49 (9th Cir. 1979)..........8

## RULES, REGULATIONS, AND STATUTES

F.R.Civ.P. 12(b)..........................................................................................2

Fed. R. Civ. P. 8(c).....................................................................................3

29 *U.S.C.* § 1132(e)(2).................................................................................8

LAW OFFICES OF WILLIAM B. HILDEBRAND L.L.C.
By:  William B. Hildebrand
1040 North Kings Highway
Suite 601
Cherry Hill, NJ 08034
(856) 482-7100
Attorney for Plaintiff
WH:4166

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of Estate of Russell B. Toy, deceased,<br><br>　　Plaintiffs,<br>　　　　　　v.<br><br>Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan,<br><br>　　Defendants. | C.A. No. 05-1814 |

State of New Jersey　　　　　　:
　　　　　　　　　　SS　　　:
County of Camden　　　　　　:

　　WILLIAM B. HILDEBRAND, ESQ. hereby deposes and says:

　1.  Attached as Exhibit "A" is a true and correct copy of a letter which John M. Stull, Esq. sent to John J. Czerwinski in December, 2004.

　2.  To date, Defendants have not provided the requested information and materials.

Dated:　　　　　　　　　　　　　　　　___s/ William B. HIldebrand_____
　　　　　　　　　　　　　　　　　　　William B. Hildebrand

vi