IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTHA JANE TOY,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **PLUMBERS & PIPEFITTERS** | : | No. 05-1814 |
| **LOCAL UNION NO. 74 PENSION** | : | |
| **PLAN, et al.,** | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this **19th** day of **July, 2005,** it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss (Document No. 6) is **DENIED without prejudice**.

2. The parties shall conduct limited discovery on the jurisdictional issue raised by Defendants' motion. Such limited discovery shall close **Friday**, **August 26**, **2005**.

3. Defendants shall reply to the discovery requests outlined in the letter attached as Exhibit A to Plaintiff's response to Defendant's motion to dismiss.

4. Defendants may re-file the motion to dismiss no later than **Friday**, **September 2**, **2005**.

5. Plaintiff shall respond to the re-filed motion no later than **Friday**, **September 9**, **2005**.

BY THE COURT:

_____
**Berle M. Schiller, J.**