IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTHA JANE TOY,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **PLUMBERS & PIPEFITTERS** | : | No. 05-1814 |
| **LOCAL UNION NO. 74 PENSION** | : | |
| **PLAN, et al.,** | : | |
| Defendants. | : | |

### ORDER

AND NOW, this **20th** day of **July, 2005,** it is hereby **ORDERED** that Defendants' Motion for Leave to File a Reply Brief (Document No. 10) is **DENIED as moot**. Defendant may re-file its motion to dismiss in accordance with this Court's Order of July 19, 2005.

BY THE COURT:

_____
**Berle M. Schiller, J.**