IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 05-cv-1814

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(B)**

I. <u>APPLICANT'S STATEMENT</u>

I, D. Fon Muttamara-Walker, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number <u>71341</u>, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| <u>Delaware</u> | <u>March 2, 2005</u> | <u>4646</u> |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| <u>Delaware</u> | <u>March 31, 2005</u> | <u>4646</u> |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the bar(s) of the aforesaid court(s) in good standing, and that I make this statement subject to the laws concerning perjury and sworn falsifications.

_____
(Applicant's signature)

Aug. 8, 2005
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Sworn and subscribed before me this 8th day of August, 2005

_____  Expires 1/07/06
Notary Public

DB01:1796754.1                                             061011.1005

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE

The undersigned member of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>D. Fon Muttamara-Walker</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good, and that I make this statement subject to the laws concerning perjury and sworn falsifications.

I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Timothy J. Snyder | *[signature]* | November 17, 1995 | 35059 |
|---|---|---|---|
| Sponsor's name | Sponsor's signature | Admission Date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Sworn and subscribed before me this
8th day of August, 2005
*[signature]*
Notary Public
Expires 1/7/06

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-cv-1814 |
| Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

AND NOW, THIS __ Day of _____, 200__, it is hereby

ORDERED that the application of <u>D. Fon Muttamara-Walker</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.

_____

Berle M. Schiller, J.

DB01:1796754.1                                                                                     061011.1005

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan,<br>    Defendants. | CIVIL ACTION NO. 05-cv-1814 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of <u>D. Fon Muttamara-Walker</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

William B. Hildebrand
1040 Kings Highway North, Suite 601
Cherry Hill, NJ 08034

*/s/ [signature]*
Signature of Attorney

Timothy J. Snyder
Name of Attorney

Plumbers & Pipefitters Local Union
No. 74 Pension Plan, *et al.*
Name of Moving Party

Aug 8, 2005
Date

DB01:1796754.1      061011.1005