IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>Plumbers & Pipefitters Local Union No. 74 Pension Plan,  )<br>Trustees of Plumbers & Pipefitters Local Union No. 74  )<br>Pension Plan, Health and Welfare Plan, Local 74, Welfare  )<br>Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit  )<br>Plan, Life Insurance Plan, Local 74, Insurance Plan,  )<br>Administrators of Pension and Welfare Plans, Trustees of  )<br>Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan  )<br>Administrator of Pension & Welfare Plans, Insurance Plans,  )<br>and Health and Welfare Benefit Plan,  )<br>)<br>Defendants.  ) | C.A. No. 05-cv-1814 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned Curtis J. Crowther, Esquire hereby enters his appearance as counsel of record for Defendants Plumbers & Pipefitters Local Union No. 74 Pension Plan, *et al.* in the above captioned matter.

Dated: August 11, 2005

Timothy J. Snyder, Esquire (#35059)
Curtis J. Crowther, Esquire (#73122)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Telephone 302-571-6600

CO-COUNSEL
Richard B. Sigmond, Esq. (# 02574)
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Telephone 215-922-3524