IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased, )<br><br>Plaintiffs, )<br><br>v. )<br>Plumbers & Pipefitters Local Union No. 74 Pension Plan, )<br>Trustees of Plumbers & Pipefitters Local Union No. 74 )<br>Pension Plan, Health and Welfare Plan, Local 74, Welfare )<br>Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit )<br>Plan, Life Insurance Plan, Local 74, Insurance Plan, )<br>Administrators of Pension and Welfare Plans, Trustees of )<br>Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan )<br>Administrator of Pension & Welfare Plans, Insurance Plans, )<br>and Health and Welfare Benefit Plan, )<br><br>Defendants. ) | C.A. No. 05-cv-1814 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned Curtis J. Crowther, Esquire hereby enters his appearance as counsel of record for Defendants Plumbers & Pipefitters Local Union No. 74 Pension Plan, *et al.* in the above captioned matter.

Dated: August 11, 2005

Timothy J. Snyder, Esquire (#35059)
Curtis J. Crowther, Esquire (#73122)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Telephone 302-571-6600

CO-COUNSEL
Richard B. Sigmond, Esq. (# 02574)
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Telephone 215-922-3524

## CERTIFICATE OF SERVICE

I, Curtis J. Crowther, Esquire hereby certify that on this \\\\ day of August, 2005, I caused one (1) copy of the foregoing document to be served on the following counsel of record, in the manner indicated below:

**BY E-FILING, E-MAIL AND FIRST CLASS MAIL**

William, B. Hildebrand, Esq.
The Law Offices of William B. Hildebrand, LLC
1040 N. Kings Hwy, Suite 601
Cherry Hill, N.J. 08034

Curtis J. Crowther (No. 73122)