

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Martha Jane Toy, individually, and as Executrix and )
Personal Representative of the Estate of Russell B. )
Toy, deceased, )
           )
           )
    Plaintiffs, )
           )
    v. )  CIVIL ACTION NO. 05-cv-1814
           )
Plumbers & Pipefitters Local Union No. 74 Pension )
Plan, Trustees of Plumbers & Pipefitters Local )
Union No. 74 Pension Plan, Health and Welfare )
Plan, Local 74, Welfare Benefit Plan, Life Insurance )
Plan, Local 74, Welfare Benefit Plan, Life Insurance )
Plan, Local 74, Insurance Plan, Administrators of )
Pension and Welfare Plans, Trustees of Plumbers & )
Pipefitters Local Union No. 74 Welfare Plan, Plan )
Administrator of Pension & Welfare Plans, )
Insurance Plans, and Health and Welfare Benefit )
Plan, )
    Defendants. )

FILED
AUG 12 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, THIS 12 Day of _____Aug_____, 2005, it is hereby   0 5 - 7 6 0

ORDERED that the application of <u>D. Fon Muttamara-Walker, Esquire,</u> to practice

in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

✓ GRANTED.

_____ DENIED.

RECEIVED
NOV - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Berle M. Schiller, J.

8/12/05
Mailed faxed
C. Crowther
W. Hildebrand / T. Angell
D. Muttamara-Walker

```
************ -COMM. JOURNAL- ****************** DATE AUG-12-2005 ***** TIME 14:08 ********


     MODE = MEMORY TRANSMISSION              START=AUG-12 14:07    END=AUG-12 14:08

         FILE NO.=214

  STN NO.   COMM.    ABBR NO.    STATION NAME/TEL NO.    PAGES    DURATION

   001      OK       ☎          913025710453            002/002 00:00:35



                                                  -US DISTRICT COURT EDPA    -

  ************************************ -CLERK'S OFFICE  - ***** -            - ********
```

2:05-cv-01814-BMS

TIMOTHY J. SNYDER
YOUNG, CONAWAY, STARGATT AND TAYLOR        FAX 302-571-0453
RODNEY SQUARE NORTH                        tsnyder@ycst.com
10TH FLOOR, P.O. BOX 391
WILMINGTON DE 19899-0391

— —— —— —————— —— — —— —— — —

************ -COMM. JOURNAL- ****************** DATE AUG-12-2005 ***** TIME 14:08 ********

2:05-cv-01814-BMS

TIMOTHY  J.  SNYDER                                          FAX 302-571-0453
YOUNG, CONAWAY, STARGATT AND TAYLOR          tsnyder@ycst.com
RODNEY SQUARE NORTH
10TH FLOOR, P.O. BOX 391
WILMINGTON  DE  19899-0391