# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTHA JANE TOY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PLUMBERS & PIPEFITTERS | : | No. 05-1814 |
| LOCAL UNION NO. 74 PENSION | : | |
| PLAN, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **23rd** day of **August, 2005,** it is hereby **ORDERED** that:

1.  By **Friday, August 26**, **2005**, counsel for Defendants shall provide to counsel for Plaintiff the following:

    a.  The number and locations of employers located in Pennsylvania who have provided contributions to Defendants within the last five years.

    b.  The number and locations of benefit recipients who reside or have resided in Pennsylvania over the last five years.

    c.  The gross payout of benefits that the Defendants have made to beneficiaries in Pennsylvania over the last five years.

2.  Plaintiffs may depose a 30(b)(6) witness related solely to the information contained in paragraph one. The deposition shall be completed by **Friday**, **September 2**, **2005**.

3.  Defendants may re-file the motion to dismiss no later than **Friday**, **September 9**, **2005**.

4.      Plaintiff shall respond to the re-filed motion no later than **Friday**, **September 16**,

**2005**.

>     **BY THE COURT:**
>
>
>     _____
>     **Berle M. Schiller, J.**