IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTHA JANE TOY, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PLUMBERS & PIPEFITTERS | : | No. 05-1814 |
| LOCAL UNION NO. 74 PENSION | : | |
| PLAN, et al., | : | |
|     Defendants. | : | |

## AMENDED ORDER

**AND NOW**, this **24th** day of **August, 2005,** it is hereby **ORDERED** that:

1. Paragraph two of this Court's Order of August 23, 2005 is amended to read:

   "Plaintiffs may depose a 30(b)(6) witness related solely to the information contained in paragraph one. The deposition shall take place on **Monday**, **August 29**, **2005** at **9 a.m.** at Mr. Crowther's offices."

2. Counsel for Defendants shall expeditiously produce the information and documents outlined in paragraph one of this Court's Order of August 23, 2005.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**