


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTHA JANE TOY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN et al. | : | NO. 05-1814 |



**MINUTE ENTRY / REPORT OF
PRETRIAL OR SETTLEMENT CONFERENCE**

On August 22, 2005, a

    [   ] Pretrial Conference was held.

    [   ] Settlement Conference was held.

    [ X ] Telephone Conference was held.

TOTAL TIME:  30 minutes

FILED
AUG 25 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

_____
Jean M. Pennie
Deputy Clerk to Judge Berle M. Schiller

