


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTHA JANE TOY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN et al. | : | NO. 05-1814 |



RECEIVED
NOV - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-760

### MINUTE ENTRY / REPORT OF
### PRETRIAL OR SETTLEMENT CONFERENCE

On August 24, 2005, a

    [   ] Pretrial Conference was held.

    [   ] Settlement Conference was held.

    [ X ] Telephone Conference was held.

FILED
AUG 25 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

TOTAL TIME:    30 minutes

                                         _Jean M. Pennie_
                                         Jean M. Pennie
                                         Deputy Clerk to Judge Berle M. Schiller

