

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Martha Jane Toy, individually, and as Executrix and Personal )
Representative of the Estate of Russell B. Toy, deceased, )
)
Plaintiffs, )
v. ) C.A. No. 05-cv-1814
)
Plumbers & Pipefitters Local Union No. 74 Pension Plan, )
Trustees of Plumbers & Pipefitters Local Union No. 74 )
Pension Plan, Health and Welfare Plan, Local 74, Welfare )
Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit )
Plan, Life Insurance Plan, Local 74, Insurance Plan, )
Administrators of Pension and Welfare Plans, Trustees of )
Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan )
Administrator of Pension & Welfare Plans, Insurance Plans, )
and Health and Welfare Benefit Plan, )
)
Defendants. )



### NOTICE OF MOTION

TO:   William, B. Hildebrand, Esq.
      The Law Offices of William B. Hildebrand, LLC
      1040 N. Kings Hwy, Suite 601
      Cherry Hill, N.J. 08034

PLEASE TAKE NOTICE that the attached Motion to Dismiss of Defendants Plumbers & Pipefitters Local Union No. 74 Pension Plan, *et al.* will be presented at a time convenient for the Court.

Young, Conaway, Stargatt & Taylor, LLP

s/ Curtis J. Crowther
Timothy J. Snyder, Esquire (No. 35059)
Curtis J. Crowther, Esquire (No. 73122)
D. Fon Muttamara-Walker (ADMITTED PRO HAC VICE)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Telephone: 302-571-6600

CO COUNSEL:
Jennings Sigmond, P.C.
Richard B. Sigmond, Esq. (No. 02574)
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Telephone 215-922-3524

Dated:  September 9, 2005        Counsel for Defendants

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Eastern District of Pennsylvania.

Date Filed: 9-9-05
Michael E. Kunz, Clerk
By: _____ Deputy Clerk

DB01:1840069.1                                                    061011.1005