IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-cv-1814 |

## DEFENDANTS' MOTION TO: [1] DISMISS ACTION AGAINST NON-EXISTENT DEFENDANTS, [2] DISMISS ACTION FOR IMPROPER VENUE, AND [3] DISMISS ACTION AGAINST INDIVIDUAL TRUSTEES

Defendants Plumbers & Pipefitters Local Union No. 74 Pension Plan, *et al.*, by and through their undersigned attorneys and pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3), hereby move the Court to dismiss the Complaint against the non-existent defendant plans for lack of personal jurisdiction, against the Plumbers & Pipefitters Local Union No. 74 Pension Plan ("Pension Plan") and Plumbers & Pipefitters Local Union No. 74 Welfare Plan ("Welfare Plan") for improper venue, and against the individual Trustees for lack of personal jurisdiction and improper venue. The grounds for this motion are set forth more fully in the accompanying brief filed herewith.

WHEREFORE, Defendants respectfully request that the Court enter the attached order dismissing the Complaint against them.

            Young, Conaway, Stargatt & Taylor, LLP

            s/ Curtis J. Crowther
            Timothy J. Snyder, Esquire (No. 35059)
            Curtis J. Crowther, Esquire (No. 73122)
            D. Fon Muttamara-Walker (ADMITTED PRO HAC VICE)
            The Brandywine Building
            1000 West Street, 17th Floor
            Wilmington, DE 19899-0391
            Telephone: 302-571-6600

            CO COUNSEL:
            Jennings Sigmond, P.C.
            Richard B. Sigmond, Esq. (No. 02574)
            The Penn Mutual Towers, 16th Floor
            510 Walnut Street
            Philadelphia, PA 19106-3683
            Telephone: 215-922-3524

Dated: September 9, 2005    Counsel for Defendants