# CERTIFICATE OF SERVICE

I, Curtis J. Crowther, Esquire hereby certify that on this 9th day of September, 2005, I caused the foregoing documents to be served on the following counsel of record in the manner indicated below. The documents are available for viewing and downloading from the ECF system.

### BY E-FILING AND FEDERAL EXPRESS

William B. Hildebrand, Esq.
The Law Offices of William B. Hildebrand, LLC
1040 N. Kings Hwy, Suite 601
Cherry Hill, NJ 08034


s/ Curtis J. Crowther
Curtis J. Crowther, Esquire (No. 73122)