Case 2:05-cv-01? -BMS    Document 9    Filed 07/19/? 5    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTHA JANE TOY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PLUMBERS & PIPEFITTERS | : | No. 05-1814 |
| LOCAL UNION NO. 74 PENSION | : | |
| PLAN, et al., | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 19th day of July, 2005, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss (Document No. 6) is DENIED without prejudice.

2. The parties shall conduct limited discovery on the jurisdictional issue raised by Defendants' motion. Such limited discovery shall close Friday, August 26, 2005.

3. Defendants shall reply to the discovery requests outlined in the letter attached as Exhibit A to Plaintiff's response to Defendant's motion to dismiss.

4. Defendants may re-file the motion to dismiss no later than Friday, September 2, 2005.

5. Plaintiff shall respond to the re-filed motion no later than Friday, September 9, 2005.

BY THE COURT:

_____
Berle M. Schiller, J.

EXHIBIT A

LAW OFFICES OF WILLIAM B. HILDEBRAND L.L.C.
By: William B. Hildebrand
1040 North Kings Highway
Suite 601
Cherry Hill, NJ 08034
(856) 482-7100
Attorney for Plaintiff
WH:4166

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of Estate of Russell B. Toy, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> Plumbers & Pipefitters Local Union No. 74 Pension Plan, et al. <br><br> Defendants. | C.A. No. 05-1814 <br><br> DEPOSITION NOTICE |

TO: Timothy J. Snyder, Esq.
     Young, Conaway, Stargatt & Taylor, LLP
     The Brandywine Building
     1000 West Street, 17th Floor
     Wilmington, DE 19801

**PLEASE TAKE NOTICE** that in accordance with the Federal Rules of Civil Procedure Plaintiff shall take the deposition of the following persons on August 16, 2005:

     Rule 30(b)(6) representative    10:00 a.m.

The Rule 30(b)(6) representative is the individual with most knowledge and information regarding the following subjects:

EXHIBIT B

1. Defendants' full name and address, dates of incorporation/inception, and name and address of any predecessor funds.

2. Nature and location of any offices, property or bank accounts in Pennsylvania.

3. Amount and source of money received from businesses located in Pennsylvania.

4. Amount of pension and medical benefits paid to or on behalf of beneficiaries located in Pennsylvania.

5. Amount of money paid for covered medical benefits to health care providers located in Pennsylvania.

6. Money paid for legal, actuarial or accounting services.

7. Residence of Defendants' Plan Administrators and Trustees.

8. Person(s) involved (in any way) in decision to deny Plaintiff's claim or additional pension, medical and life insurance benefits.

9. Name and address of union members living or working in Pennsylvania.

The aforesaid deposition will be held at the Law Offices of William B. Hildebrand L.L.C., 1040 North Kings Highway, Suite 601, Cherry Hill, NJ 08034.

Dated: 7/25/05

William B. Hildebrand

AUG-23-2005  16:09         YCST                              302 571 0712    P.02

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338
WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6755
DIRECT FAX: (302) 576-3445
sltowber@ycst.com

August 23, 2005

VIA FACSIMILE #: (856) 482-7555

William B. Hildebrand, Esquire
1040 Kings Highway North, Suite 601
Cherry Hill, NJ 08034

RE:  Toy v. Plumbers & Pipefitters Local Union No. 74 Pension Plan, et al.

Dear Mr. Hildebrand:

I am in receipt of your letter dated August 22, 2005 faxed to my office yesterday afternoon.

Please be advised that no deposition will occur on Friday, August 26, 2005 at 10:00 a.m. There is no possible way a 30(b)(6) witness can obtain the information that Judge Schiller is requiring to be produced and prepare for a deposition regarding that material in such a short period of time. Moreover, Judge Schiller only permitted you to re-depose a 30(b)(6) witness for the Plans on the three (3) topics that were addressed in the conference call: (a) the information to be provided regarding benefit recipients residing in Pennsylvania during the last 5 years, (b) the amount of benefits paid to or on behalf of Pennsylvania beneficiaries in Pennsylvania during the last 5 years, and (c) contributions from Pennsylvania employers during the last 5 years. No other examination was authorized by the Court.

The Defendants will proceed in accordance with the Court's rulings and the Order entered today. The Court ruled that the additional information was to be provided by August 26, 2005. The re-deposition on the limited topics was to occur by September 2, 2005.

The information required by Judge Schiller will, to the extent such information is available, be provided on Friday, August 26, 2005. I do not know what time it may be available since all the information has not been obtained at this juncture. Moreover, I understand from the

DB02:5040272.1                                                              059011.1005

EXHIBIT D

AUG-23-2005  16:10      YCST                                        302 571 0712    P.03

YOUNG CONAWAY STARGATT & TAYLOR, LLP
William B. Hildebrand, Esquire
August 23, 2005
Page 2

third party administrator that the MIS system is currently inaccessible as a result of a recent flood and evacuation at their Pittsburgh headquarters. To the extent that the third party administrator is unable to access the necessary data, I will actually need to seek relief from the Court's order requiring production by Friday, August 26, 2005. However, I do not yet know if that will be necessary.

Judge Schiller did not order the Defendants to respond to interrogatories by Friday, August 26, 2005. Judge Schiller certainly did not order the Defendants to respond by a certain time on August 26, 2005 either.

Similarly, Judge Schiller did not order the Defendants to respond to the letter to the Union, the non-party, on August 26, 2005 or at any other specific time

Should you have any questions regarding the above, please do not hesitate to contact me.

Very truly yours,

Curtis J. Crowther

cc:   Timothy J. Snyder, Esquire
      D. Fon Muttamara-Walker, Esquire

DB02:5040272.1                                                  061011.1005

                                                                TOTAL P.03

Case 2:05-cv-0181' BMS    Document 17    Filed 08/23/2'    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTHA JANE TOY,
    Plaintiff,
:   CIVIL ACTION
:
v.
:
:
PLUMBERS & PIPEFITTERS
:   No. 05-1814
LOCAL UNION NO. 74 PENSION
PLAN, et al.,
:
    Defendants.

### ORDER

AND NOW, this 23rd day of August, 2005, it is hereby ORDERED that:

1. By Friday, August 26, 2005, counsel for Defendants shall provide to counsel for Plaintiff the following:

    a. The number and locations of employers located in Pennsylvania who have provided contributions to Defendants within the last five years.

    b. The number and locations of benefit recipients who reside or have resided in Pennsylvania over the last five years.

    c. The gross payout of benefits that the Defendants have made to beneficiaries in Pennsylvania over the last five years.

2. Plaintiffs may depose a 30(b)(6) witness related solely to the information contained in paragraph one. The deposition shall be completed by **Friday, September 2, 2005.**

3. Defendants may re-file the motion to dismiss no later than **Friday, September 9, 2005.**

EXHIBIT E

4.  Plaintiff shall respond to the re-filed motion no later than Friday, September 16, 2005.

BY THE COURT:

*[signature]*

_____
Berle M. Schiller, J.

2

## ALAN L. LESKY & ASSOCIATES
*THE LEXINGTON BUILDING, SUITE 5*
*180 TUCKERTON ROAD*
*MEDFORD, NEW JERSEY  08055*
*(856) 983-3282*
*IRS ID# 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*

WILLIAM B. HILDEBRAND, ESQUIRE
LAW OFFICE OF WILLIAM B. HILDEBRAND
1040 KINGS HIGHWAY NORTH
SUITE 601
CHERRY HILL, NJ 08034

August 23, 2005

Invoice# 42853

Balance:   $539.25

Re: TOY VS PLUMBER'S & PIPEFITTER'S
    on 08/19/05 by CORBETT & ASSOCIATES

### Invoicing Information

| Charge Description | Amount |
|---|---|
| APPEARANCE OF C.S.R. - WILMINGTON, DE | 75.00 |
| TRANSCRIPT:  SCOTT ERNSBERGER, 76 PAGES, O&1CC DAILY | 456.00 |
| POSTAGE AND HANDLING | 8.25 |

1.50% per month on unpaid balance

Please Remit --->  Total Due:   $539.25

EXHIBIT F

Case 2:05-cv-00764-BMS Document 34-2 Filed 09/14/2005 Page 9 of 9