# PAPER

# FILING