IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased,<br><br>        Plaintiffs,<br>                v.<br>Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan,<br><br>        Defendants. | C.A. No. 05-cv-1814 |

**NOTICE OF MOTION**

TO:    William, B. Hildebrand, Esq.
          The Law Offices of William B. Hildebrand, LLC
          1040 N. Kings Hwy, Suite 601
          Cherry Hill, N.J. 08034

      PLEASE TAKE NOTICE that the attached Motion For Leave to File A Reply Brief of Defendants Plumbers & Pipefitters Local Union No. 74 Pension Plan, *et al.* will be presented at a time convenient for the Court.

                                      Young, Conaway, Stargatt & Taylor, LLP

                                      s/ Curtis J. Crowther
                                      Timothy J. Snyder, Esquire (No. 35059)
                                      Curtis J. Crowther, Esquire (No. 73122)
                                      D. Fon Muttamara-Walker (ADMITTED PRO HAC VICE)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, DE 19899-0391
                                      Telephone: 302-571-6600

                                      CO COUNSEL:
                                      Jennings Sigmond, P.C.
                                      Richard B. Sigmond, Esq. (No. 02574)
                                      The Penn Mutual Towers, 16th Floor
                                      510 Walnut Street
                                      Philadelphia, PA 19106-3683
                                      Telephone 215-922-3524

Dated: September 20, 2005        Counsel for Defendants