IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan,<br><br>Defendants. | C.A. No. 05-cv-1814 |

### DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants Plumbers & Pipefitters Local Union No. 74 Pension Plan, *et al.*, by and through their undersigned attorneys and pursuant to the Honorable Berle M. Schiller's Policies and Procedures for Civil Cases, hereby move the Court for leave to file a reply brief in support of Defendants' Motion to Dismiss the Complaint Against Non-Existent Defendants, for Improper Venue, and for Lack of Personal Jurisdiction. The grounds for this motion are set forth more fully in the accompanying brief filed herewith.

WHEREFORE, Defendants respectfully request that the Court enter the attached order granting leave to file a reply in support of Defendants' Motion to Dismiss.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        s/ Curtis J. Crowther
        Timothy J. Snyder, Esquire (No. 35059)
        Curtis J. Crowther, Esquire (No. 73122)
        D. Fon Muttamara-Walker, Esq. (ADMITTED PRO HAC VICE)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19899-0391

        CO COUNSEL:
        JENNINGS SIGMOND, P.C.
        Richard B. Sigmond, Esq. (No. 02574)
        The Penn Mutual Towers, 16th Floor
        510 Walnut Street
        Philadelphia, PA 19106-3683

Dated: September 20, 2005   Counsel for Defendants