IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased,<br><br>   Plaintiffs,<br><br>       v.<br>Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan,<br><br>   Defendants. | C.A. No. 05-cv-1814 |

## ORDER

  IT IS HEREBY ORDERED this ___ day of _____, 2005, that the Defendants' Motion For Leave to File Reply Brief is GRANTED;

  IT IS FURTHER ORDERED that Defendants shall file a Reply Brief on or before _____, 2005.

_____
District Court Judge