## CERTIFICATE OF SERVICE

I, Curtis J. Crowther, Esquire hereby certify that on this 20th day of September 2005, I caused copies of the foregoing documents to be served on the following counsel of record in the manner noted below. The document is available for viewing and downloading from the ECF system.

### BY E-FILING AND FIRST CLASS MAIL

William, B. Hildebrand, Esq.
The Law Offices of William B. Hildebrand, LLC
1040 N. Kings Hwy, Suite 601
Cherry Hill, N.J. 08034


   s/ Curtis J. Crowther
Curtis J. Crowther  (No. 73122)