IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Martha Jane Toy, Individually and as Executrix and personal representative of Estate of Russell B. Toy, <br>     Plaintiffs, <br> v. <br> Plumbers & Pipefitters Local No. 74 Pension Plan, <br> Trustees of Plumbers & Pipefitters Local No. 74 Pension Plan, Plan Administrators of Pension Plan, <br> Health and Welfare Plan Local No. 74, an employee welfare benefit plan, <br> Life Insurance Plan Local No. 74, an employee welfare benefit plan, <br> Trustees of Health and Welfare Plan Local No. 74, Plan Administrators of Health & Welfare Plan, and Plan Administrators of Insurance Plan, <br>     Defendants. | ) ) ) ) ) ) C. A. No. 05-cv-760(JJF) ) ) ) ) ) ) ) ) ) ) |

_____

**NOTICE OF APPEARANCE
OF JOHN M . STULL, ESQUIRE**
_____

     I hereby give Notice that John M. Stull, Esquire, enters his appearance on behalf of Plaintiffs Martha Jane Toy and the Estate of Russell B. Toy in the above matter.

                               /s/ John M. Stull
                               John M. Stull, Esquire (# 568)
                               Law Offices of John M. Stull, Esquire
                               1300 N. Market Street
                               Suite 700
                               Wilmington, DE 19801
                               Ph. (302) 654-0399
Dated:  November 14, 2005         Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Martha Jane Toy, Individually and as Executrix and personal representative of Estate of Russell B. Toy, <br>    Plaintiffs, <br>     v. <br> Plumbers & Pipefitters Local No. 74 Pension Plan, <br> Trustees of Plumbers & Pipefitters Local No. 74 Pension Plan, Plan Administrators of Pension Plan, <br> Health and Welfare Plan Local No. 74, an employee welfare benefit plan, <br> Life Insurance Plan Local No. 74, an employee welfare benefit plan, <br> Trustees of Health and Welfare Plan Local No. 74, Plan Administrators of Health & Welfare Plan, and Plan Administrators of Insurance Plan, <br>    Defendants. | ) ) ) ) ) ) C. A. No. 05-cv-760(JJF) ) ) ) ) ) ) ) ) ) ) ) |

_____

**DECLARATION OF JOHN M. STULL, ESQUIRE IN SUPPORT OF
PRO HAC VICE ADMISSION OF WILLIAM B. HILDEBRAND, ESQUIRE
MOTION AND ORDER**

_____

         John M. Stull, Esq. (Bar No. 568)
         1300 N. Market Street
         Suite 700
         P. O. Box 1947
         Wilmington, DE 19899
         Ph. (302) 654-0399
         Attorney for Plaintiffs

JOHN M. STULL, pursuant to 28 U.S.C. Section 1746, under penalty of perjury, declares as follows:

1. I am a Solo practitioner of the law firm of John M. Stull, Esquire, with offices in Wilmington, DE. I am admitted, practicing and in good standing in the States of Delaware, District of Columbia and Iowa, and the United States Courts of District of Delaware, Third Circuit Court of Appeals and U. S. Supreme Court.

2. I am satisfied that William B. Hildebrand, Esquire, is a member of good standing of Bars of Pennsylvania, New Jersey, the District Courts of New Jersey and Pennsylvania, and of Third Circuit Court of Appeals and U. S. Supreme Court.

3. I acknowledge that I am bound by Local (D. Del.) Rule 83.5, .6 and .7.

4. I request that Mr. Hildebrand be permitted to appear *pro hac vice* as co-counsel for Plaintiff in order that he may participate in the representation of Plaintiffs.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14, 2005, in New Castle County, Delaware.

/s/ John M. Stull
John M. Stull, Esq. (Bar No. 568)
1300 N. Market Street
Suite 700
Wilmington, DE 19801
Ph. (302) 654-0399
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Martha Jane Toy, Individually and as Executrix and personal representative of Estate of Russell B. Toy, <br>      Plaintiffs, <br>   v. <br> Plumbers & Pipefitters Local No. 74 Pension Plan, <br> Trustees of Plumbers & Pipefitters Local No. 74 Pension Plan, Plan Administrators of Pension Plan, <br> Health and Welfare Plan Local No. 74, an employee welfare benefit plan, <br> Life Insurance Plan Local No. 74, an employee welfare benefit plan, <br> Trustees of Health and Welfare Plan Local No. 74, Plan Administrators of Health & Welfare Plan, and Plan Administrators of Insurance Plan, <br>      Defendants. | ) ) ) ) ) ) C. A. No. 05-cv-760(JJF) ) ) ) ) ) ) ) ) ) ) |

_____

**MOTION AND ORDER FOR
PRO HAC VICE ADMISSION OF WILLIAM B. HILDEBRAND, ESQUIRE**
_____

   Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of William B. Hildebrand, Esquire, to represent Plaintiffs in this matter.

                              /s/ John M. Stull
                              John M. Stull, Esq. (Bar No. 568)
                              1300 N. Market Street
                              Suite 700
                              P. O. Box 1947
                              Wilmington, DE 19899
                              Ph. (302) 654-0399
                              Attorney for Plaintiffs

Date:  November 14, 2005

## ORDER GRANTING MOTION

       IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.

 

_____
United States District Judge

Date: _____

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey, Pennsylvania, the District Courts of New Jersey and Pennsylvania, the Third Circuit and the Supreme Court.  Pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

      Signed: /s/ William B. Hildebrand
             William B. Hildebrand, Esquire
             Law Offices of William B. Hildebrand, L.L.C.
             1040 Kings Highway North
             Suite 601
             Cherry Hill, NJ 08034
             WHILDEBRAND1@COMCAST.NET

Date:  November 14, 2005

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 14, 2005, a copy of the foregoing Notice of Motion for Pro Hac Vice Admission of William B. Hildebrand, Esquire, Declaration of John M. Stull, Esquire in Support of Pro Hac Vice Admission, Certification of William B. Hildebrand, Esquire and proposed Order Granting Pro Hac Vice Admission was served, via e-mail, to the following:

    Timothy J. Snyder, Esquire
    Young Conaway Stargatt & Taylor LLP
    1100 West Street, Ste 1700
    P. O. Box 391
    Wilmington, DE 19899
    tsnyder@ycst.com

              /s/ John M. Stull
                 John M. Stull, Esq. (#568)
                 1300 North Market Street
                 Suite 700
                 Wilmington, DE 19801
                 jstullesq@aol.com