IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARTHA JANE TOY, individually :
and as Executrix and Personal :
Representative of Estate of :
Russell B. Toy, deceased, :
 :
      Plaintiff, :
 :
  v. : Civil Action No. 05-760-JJF
 :
PLUMBERS & PIPEFITTERS LOCAL :
UNION NO. 74 PENSION FUND, :
et al., :
 :
      Defendants. :

### O R D E R

WHEREAS, the above-captioned matter has been transferred to the District of Delaware from the Eastern District of Pennsylvania (D.I. 31 on PA docket);

WHEREAS, on November 7, 2005, Defendants filed an Answer to the Complaint (D.I. 38);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall confer and submit a Proposed Rule 16 Scheduling Order using the attached form of order as a basis for the discussions.

November 16, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE