IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARTHA JANE TOY, individually, and :
as Executrix and Personal            :
Representative of the Estate of      :
Russell B. Toy, deceased,            :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :Civil Action No. 05-760-JJF
                                     :
PLUMBERS & PIPEFITTERS LOCAL UNION   :
NO. 74 PENSION PLAN, TRUSTEES OF     :
PLUMBERS & PIPEFITTERS LOCAL UNION   :
NO. 74 PENSION PLAN, HEALTH AND      :
WELFARE PLAN, LOCAL 74, WELFARE      :
BENEFIT PLAN, LIFE INSURANCE PLAN,   :
LOCAL 74, INSURANCE PLAN, LOCAL 74,  :
ADMINISTRATORS OF PENSION AND        :
WELFARE PLANS, TRUSTEES OF           :
PLUMBERS & PIPEFITTERS LOCAL UNION   :
NO. 74 WELFARE PLAN, PLAN            :
ADMINISTRATOR OF PENSION WELFARE     :
PLANS, INSURANCE PLANS, AND HEALTH   :
AND WELFARE BENEFIT PLAN,            :
                                     :
          Defendants.                :

## ORDER

At Wilmington, the $\frac{\partial l}{\partial}$ day of July 2006, for the reasons
set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion To Dismiss And
For Partial Summary Judgment (D.I. 41) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE