IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARTHA JANE TOY, Individually, And :
As Executrix And Personal :
Representative Of The Estate Of :
Russell B. Toy, Deceased, :
:
    Plaintiff, :
:
v. :Civil Action No. 05-760-JJF
:
PLUMBERS & PIPEFITTERS LOCAL UNION :
NO. 74 PENSION PLAN, TRUSTEES OF :
PLUMBERS & PIPEFITTERS LOCAL UNION :
NO. 74 PENSION PLAN, HEALTH AND :
WELFARE PLAN, LOCAL 74, WELFARE :
BENEFIT PLAN, LIFE INSURANCE PLAN, :
LOCAL 74, INSURANCE PLAN, LOCAL 74, :
ADMINISTRATORS OF PENSION AND :
WELFARE PLANS, TRUSTEES OF :
PLUMBERS & PIPEFITTERS LOCAL UNION :
NO. 74 WELFARE PLAN, PLAN :
ADMINISTRATOR OF PENSION WELFARE :
PLANS, INSURANCE PLANS, AND HEALTH :
AND WELFARE BENEFIT PLAN, :
:
    Defendants. :

**FINAL JUDGMENT ORDER**

    For the reasons stated in the Court's Memorandum Opinion and Order issued on July 21, 2006;

    IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against Plaintiff on all of Plaintiff's claims.

                                                                 /s/ Joseph J. Farnan, Jr.
                                                               UNITED STATES DISTRICT JUDGE

Dated: July 26, 2006
                                                               /s/ Deborah L. Krett
                                                               (By) Deputy Clerk