IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-00760 (JJF) |
| Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR ATTORNEY'S FEES UNDER 29 U.S.C. § 1132(g)(1) and 28 U.S.C. § 1927

Defendants Plumbers & Pipefitters Local Union No. 74, et al. ("Defendants"), by and through their undersigned attorneys and pursuant to 29 U.S.C. § 1132(g)(1) and 28 U.S.C. § 1927, hereby move the Court to award attorneys' fees in favor of Defendants and against John M. Stull, Esquire, Law Offices of John M. Stull, Esquire, William B. Hildebrand, Esquire, and Law Offices of William B. Hildebrand, L.L.C.

The grounds for this motion are as set forth more fully in the opening brief filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that the Court award Defendants its attorneys' fees against John M. Stull, Esquire, Law Offices of John M. Stull, Esquire, William B. Hildebrand, Esquire, and Law Offices of William B. Hildebrand, L.L.C. .

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Timothy J. Snyder (No. 2408)
Curtis J. Crowther (No. 3238)
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
(302) 571-1253/fax

*Attorneys for Defendants*

Dated: August 3, 2006

**CERTIFICATE OF SERVICE**

I, D. Fon Muttamara-Walker, Esquire hereby certify that on this 3rd day of August, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> John M. Stull, Esq.
> 1300 North Market Street, Suite 700
> Wilmington, DE 19899

I further certify that on this 3rd day of August, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above listed counsel of record and on the following non-registered participant in the manner indicated below:

**BY FEDERAL EXPRESS**

William B. Hildebrand, Esq.
The Law Offices of William B. Hildebrand, LLC
1040 N. Kings Hwy, Suite 601
Cherry Hill, NJ 08034

D. Fon Muttamara-Walker (No. 4646)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
fmuttamara-walker@ycst.com
*Attorneys for Defendants*