# Exhibit A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DiLIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS

RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6755
DIRECT FAX: (302) 576-3445
CCROWTHER@YCST.COM

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
CURTIS J. CROWTHER
MARGARET M. DiBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P. STAFFORD
JOHN E. TRACEY
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
PATRICIA A. WIDDOSS

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

October 6, 2005

**VIA FACSIMILE #:  (856) 482-7555 AND REGULAR MAIL**

William B. Hildebrand, Esquire
1040 Kings Highway North, Suite 601
Cherry Hill, NJ  08034

      RE:  Toy v. Plumbers & Pipefitters Local Union No. 74 Pension Plan, et al.

Dear Mr. Hildebrand:

   As you are aware, Judge Schiller transferred venue of this case to the District of Delaware pursuant to 28 U.S.C. § 1406(a) after finding that venue was improper in the Eastern District of Pennsylvania. Therefore, Delaware's Statute of Limitations will govern the ability of your client to maintain her action. In light of the fact that you have acknowledged that this case was commenced in the Eastern District of Pennsylvania in order to attempt to avoid the bar of the Delaware statute of limitations, it is quite clear that you are fully aware that the Delaware Statute of Limitations would bar the claim asserted for denial of benefits in this case.

   In light of the above, we ask that the Plaintiff agree to voluntarily dismiss the action. If the Plaintiff refuses to dismiss the action, we will have no choice but to consider options including sanctions (including attorney's fees) under Rule 11 as well as use of ERISA's fee provisions.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
William B. Hildebrand, Esquire
October 6, 2005
Page 2

      Please let me know whether the Plaintiff will agree to dismiss the action at this time. Should you have any questions regarding the above, please do not hesitate to contact me.

                    Very truly yours,

                    Curtis J. Crowther

cc:    Timothy J. Snyder, Esquire
       D. Fon Muttamara-Walker, Esquire
       John M. Stull, Esquire (by fax: 654-0884)