IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan,<br><br>    Defendants. | C.A. No. 05-00760 (JJF) |

**COMPENDIUM OF UNREPORTED CASES
CITED IN DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR
ATTORNEY'S FEES UNDER 29 U.S.C. § 1132 (g)(1) AND/OR 28 U.S.C. § 1927**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Timothy J. Snyder (No. 2408)
Curtis J. Crowther (No. 3238)
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
(302) 571-1253/fax

*Attorneys for Defendants*

Dated: August 3, 2006

**Cases**

*Gorin v. AMP, Inc.*,
    No. 03-2053, 2004 U.S. App. LEXIS 25228 (3d Cir. Dec. 8, 2004) ......................................... 1

*In re Prudential Ins. Co. of Am. Sales Practice Litig.*,
    No. 01-2320, 2002 U.S. App. LEXIS 18062 (3d Cir. Sept. 3, 2002) ........................................ 2

*McNaboe v. NVF Co.*,
    C.A. No. 97-558-SLR, 2002 U.S. Dist. LEXIS 21287 (D. Del. Oct. 31, 2002) ....................... 3

*Murphy v. Hous. Auth. and Urban Redevelopment Agency of the City of Atlantic City*,
    2002 U.S. App. LEXIS 21626 (3d Cir. Oct. 16, 2002) ............................................................. 4

*Ryan v. Asbestos Workers Union*
    *Local 42 Pension Fund*,
    C.A. No. 97-604 GMS, 2002 U.S. Dist. LEXIS 5440 (D. Del. Jan. 31, 2002) ........................ 5

*Skretvedt v. EI DuPont de Nemours*,
    No. 03-2805, 2004 U.S. App. LEXIS 8158 (3d Cir. Apr. 23, 2004) ......................................... 6

## **CERTIFICATE OF SERVICE**

I, D. Fon Muttamara-Walker, Esquire hereby certify that on this 3rd day of August, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> John M. Stull, Esq.
> 1300 North Market Street, Suite 700
> Wilmington, DE 19899

I further certify that on this 3rd day of August, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above listed counsel of record and on the following non-registered participant in the manner indicated below:

### **BY FEDERAL EXPRESS**

> William B. Hildebrand, Esq.
> The Law Offices of William B. Hildebrand, LLC
> 1040 N. Kings Hwy, Suite 601
> Cherry Hill, NJ 08034

> D. Fon Muttamara-Walker (No. 4646)
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391
> (302) 571-6600
> fmuttamara-walker@ycst.com

> *Attorneys for Defendants*