IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Martha Jane Toy, individually, and as Executrix and Personal Representative of the Estate of Russell B. Toy, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>Plumbers & Pipefitters Local Union No. 74 Pension Plan, Trustees of Plumbers & Pipefitters Local Union No. 74 Pension Plan, Health and Welfare Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Welfare Benefit Plan, Life Insurance Plan, Local 74, Insurance Plan, Administrators of Pension and Welfare Plans, Trustees of Plumbers & Pipefitters Local Union No. 74 Welfare Plan, Plan Administrator of Pension & Welfare Plans, Insurance Plans, and Health and Welfare Benefit Plan,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-00760 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPENDIUM OF UNREPORTED CASES CITED
IN DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR
REARGUMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Timothy J. Snyder (No. 2408)
Curtis J. Crowther (No. 3238)
D. Fon Muttamara-Walker (No. 4646)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
(302) 571-1253/fax

*Attorneys for Defendants*

Dated: August 15, 2006

# TABLE OF CITATIONS

CASE                                                                                                   TAB

*Corning Inc. v. SRU Biosystems*,
2006 U.S. Dist. LEXIS 1896 (D. Del. Jan. 20, 2006)..........................................................1

*Dyche v. Bonney*,
2005 U.S. Dist. LEXIS 40012
(M.D.Pa. Dec. 21, 2005)..........................................................................................................2

*In re Orion Refining Corp.*,
2006 Bankr. LEXIS 1657
(Bankr. D. Del. August 8, 2006)..............................................................................................3

*McCoy v. Board of Trustees of the Laborers' Int'l Union*,
Local No. 222 Pension Plan, et al.,
2003 U.S. App. LEXIS 5756 (3d Mar. 25, 2003).....................................................................4

*Pell v. E.I. DuPont de Nemours & Co. Inc.*,
2005 U.S. Dist. LEXIS 22504 (D. Del. Oct. 4, 2005) .............................................................5

*Stanziale v. Nachtomi*,
2004 U.S. Dist. LEXIS 15664
(D. Del. Aug. 6, 2004) .............................................................................................................6

*Toy v. Plumbers & Pipefitters Local Union No. 74 Pension Plan, et al.*,
2005 U.S. Dist. LEXIS 21568, (E.D.Pa. September 27, 2005) ...............................................7

*Toy v. Plumbers & Pipefitters Local Union No. 74 Pension Plan, et al.*,
2006 U.S. Dist. LEXIS 50253 (D. Del. July 21, 2006) ...........................................................8

## CERTIFICATE OF SERVICE

I, D. Fon Muttamara-Walker, Esquire hereby certify that on this 15th day of August, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> John M. Stull, Esq.
> 1300 North Market Street, Suite 700
> Wilmington, DE 19899

I further certify that on this 15th day of August, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above listed counsel of record and on the following non-registered participant in the manner indicated below:

### BY FEDERAL EXPRESS

> William B. Hildebrand, Esq.
> The Law Offices of William B. Hildebrand, LLC
> 1040 N. Kings Hwy, Suite 601
> Cherry Hill, NJ 08034

_____
D. Fon Muttamara-Walker (No. 4646)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
fmuttamara-walker@ycst.com
*Attorneys for Defendants*