IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARTHA JANE TOY, Individually, :
And As Executrix And Personal :
Representative Of The Estate Of :
Russell B. Toy, Deceased, :
   :
      Plaintiff, :
   :
v. :Civil Action No. 05-760-JJF
   :
PLUMBERS & PIPEFITTERS LOCAL :
UNION NO. 74 PENSION PLAN, TRUSTEES:
OF PLUMBERS & PIPEFITTERS LOCAL :
UNION NO. 74 PENSION PLAN, HEALTH :
AND WELFARE PLAN, LOCAL 74, WELFARE:
BENEFIT PLAN, LIFE INSURANCE PLAN, :
LOCAL 74, INSURANCE PLAN, LOCAL 74,:
ADMINISTRATORS OF PENSION AND :
WELFARE PLANS, TRUSTEES OF :
PLUMBERS & PIPEFITTERS LOCAL UNION :
NO. 74 WELFARE PLAN, PLAN :
ADMINISTRATOR OF PENSION WELFARE :
PLANS, INSURANCE PLANS, AND HEALTH :
AND WELFARE BENEFIT PLAN, :
   :
      Defendants. :

**ORDER**

NOW THEREFORE, for the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Rule 59 Reargument Of Memorandum And Order Entered July 21, 2006 To Dismiss Plaintiff's Complaint And Granting Defendants Motion For Summary Judgment is **DENIED**. (D.I. 54).

2. Defendants' Motion For Attorneys Fees Under 29 U.S.C. § 1132(g)(1) And/Or 28 U.S.C. §1927 is **DENIED**. (D.I. 51).

July 23, 2007
DATE

UNITED STATES DISTRICT JUDGE