# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| SHELDON N. SANDLER | ROBERT S. BRADY | | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. LEVINE | JOEL A. WAITE | | SANJAY BHATNAGAR | ADRIA B. MARTINELLI |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | THE BRANDYWINE BUILDING | DONALD J. BOWMAN, JR. | KATHALEEN MCCORMICK |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | 1000 WEST STREET, 17TH FLOOR | MICHELE SHERRETTA BUDICAK | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | CRAIG D. GREAR | WILMINGTON, DELAWARE 19801 | JEFFREY T. CASTELLANO | TAMMY L. MERCER |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | | KARA HAMMOND COYLE | MARIBETH L. MINELLA |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | P.O. BOX 391 | KRISTEN SALVATORE DEPALMA | EDMON L. MORTON |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | WILMINGTON, DELAWARE 19899-0391 | MARGARET M. DIBIANCA | D. FON MUTTAMARA-WALKER |
| BARRY M. WILLOUGHBY | C. BARR FLINN | | MARY F. DUGAN | JENNIFER R. NOEL |
| JOSY W. INGERSOLL | NATALIE WOLF | (302) 571-6600 | ERIN EDWARDS | ADAM W. POFF |
| ANTHONY G. FLYNN | LISA B. GOODMAN | (800) 253-2234 (DE ONLY) | KENNETH J. ENOS | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | JOHN W. SHAW | FAX: (302) 571-1253 | IAN S. FREDERICKS | SARA BETH A. REYBURN |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | | JAMES J. GALLAGHER | CHERYL A. SANTANIELLO |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | | SEAN T. GREECHER | (NJ & PA ONLY) |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | 110 WEST PINE STREET | STEPHANIE L. HANSEN | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | P.O. BOX 594 | DAWN M. JONES | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | GEORGETOWN, DELAWARE 19947 | KAREN E. KELLER | CHAD S.C. STOVER |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | (302) 856-3571 | JENNIFER M. KINKUS | JOHN E. TRACEY |
| WILLIAM W. BOWSER | JOHN T. DORSEY | (800) 255-2234 (DE ONLY) | EDWARD J. KOSMOWSKI | TRAVIS N. TURNER |
| LARRY J. TARABICOS | M. BLAKE CLEARY | FAX: (302) 856-9338 | JOHN C. KUFFEL | MARGARET B. WHITEMAN |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | | TIMOTHY E. LENGKEEK | SHARON M. ZIEG |
| MELANIE K. SHARP | DANIELLE GIBBS | WWW.YOUNGCONAWAY.COM | | |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | | SPECIAL COUNSEL | SENIOR COUNSEL |
| RICHARD J.A. POPPER | NORMAN M. POWELL | | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| TERESA A. CHEEK | ELENA C. NORMAN | DIRECT DIAL: 302-571-5032 | KAREN L. PASCALE | |
| NEILLI MULLEN WALSH | | DIRECT FAX: 302-576-3440 | PATRICIA A. WIDDOSS | OF COUNSEL |
| | | fmuttamara-walker@ycst.com | | BRUCE M. STARGATT |
| | | | | STUART B. YOUNG |
| | | | | EDWARD B. MAXWELL, 2ND |

August 30, 2007

Clerk of the Court
United States District Court
844 North King Street
Wilmington, DE 19801

    Re: Toy v. Plumbers & Pipefitters, et al.
       C.A. No. 05-00760-JJF

To the Clerk of the Court:

  Enclosed please find our Transcript Purchase Order for the above captioned case as required by the United States Court of Appeals for the Third Circuit. Please note that no transcript is requested at this time.

                   Respectfully submitted,

                   D. Fon Muttamara-Walker

DFM:drw
Enclosure